**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

11:28 ___ 20 17

Deputy Clerk

| UNITED STATES OF AMERICA | ) | 4:17-CR-243 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE GRAHAM | ) | |
| | ) | |

## ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Indictment number 4:17-CR-243, referenced above, and any and all accompanying documentation be unsealed effective November 28, 2017.

_A. R. Smith_
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA