# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No: 4:17-CR-243 |
| v. | ) | |
| | ) | |
| **GEORGE GRAHAM,** | ) | |
| DEFENDANT. | ) | |

## MOTION FOR DETENTION

The United States hereby moves this Court to detain George Graham because he is a flight risk, danger to the community, and there is a serious risk that the defendant will obstruct or attempt to obstruct justice.

### I.   Charges

In November 2017, the Southern District of Georgia Grand Jury returned a sealed indictment charging the defendant with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  The matter was subsequently unsealed.

### II.   Detention Factors

Title 18, United States Code, Section 3142(g) outlines the factors that the Court should consider when determining whether a defendant should be detained. The Court should consider, among other factors:  the nature and circumstances of the offense, the weight of evidence against the person; and the history and characteristics of the person.  The government submits that all of these factors weigh toward detention in the case at hand.

a. **The nature and circumstances of the offense:**

The Cuyler Brownsville neighborhood is one of the oldest neighborhoods in Savannah, Georgia. It is a residential neighborhood that was designed shortly after the Civil War, and it is recognized as a National Register Historic District. The neighborhood contains homes, churches, schools, and businesses.

Over the last year, dozens of Cuyler Brownsville residents have expressed safety concerns to local and federal law enforcement and even to the Savannah Mayor. Citizens have expressed that they are afraid to exit their homes and even sit on their porches because they are afraid of getting harmed by gunfire. They have also complained about drug dealing and excessive loitering.

In response to the complaints, the Savannah Chatham Metropolitan Police Department (SCMPD), the Georgia Bureau of Investigation (GBI), and the Bureau of Alcohol, Tobacco, Firearms and Explosives, united in an effort to combat the apparent uptick in violent crime and drug dealing. Over the last year, investigators used a number of techniques to identify the small group of criminals who were committing such a large number of crimes in the neighborhood. Investigators used confidential informants to purchase drugs and firearms; conducted surveillance; and executed search warrants.

On February 6, 2017, SCMPD investigators were working in the Cuyler Brownsville neighborhood due to shootings, armed robberies, and numerous drug complaints. They executed a traffic stop on the defendant who committed a traffic violation. One officer approached the driver's side; while another officer stood in a

blind spot on the passenger side. As the driver side officer was conducting the investigation, the defendant reached into the glove compartment where a loaded Smith and Wesson .40 caliber pistol was located. Prior to the defendant getting his hands on the weapon to presumably shoot the officer, the other officer grabbed the defendant's hand and seized the loaded firearm. The defendant made a statement that he had the firearm due to people killing each other on the streets. The defendant was prohibited from possessing the firearm due to his felony convictions.

### b. **The weight of evidence against the person:**

The weight of evidence against the defendant is strong. The defendant, a felon, was caught in possession of a firearm. It was found in his hand; and he admitted it was his.

### c. **The history and characteristics of the person:**

The defendant's criminal history dates back to over fifteen years ago. He has been arrested for drug charges, fleeing from law enforcement, driving offenses, assault, obstruction of justice and other offenses. He has been convicted of multiple drug charges.

### III. Conclusion

Because there are no conditions that can ensure the defendant will not flee, endanger others, or attempt to obstruct justice, this Court should detain the defendant.

*Signature on following page*

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

**s/ *Tania D. Groover***
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 28th day of November, 2017.

                                                    BOBBY L. CHRISTINE
                                                    UNITED STATES ATTORNEY

                                                    **s/** *Tania D. Groover*
                                                    Tania D. Groover
                                                    Assistant United States Attorney
                                                    Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov